IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUTGE, | |
| Plaintiff, | No. C 06-07128 JSW |
| v. | |
| ESKANOS & ADLER, P.C., et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on March 23, 2007 on Defendants' Special Motion to Strike pursuant to California Code of Civil Procedure 425.16. The Court HEREBY ORDERS that Plaintiff's opposition brief to this motion shall be due by Tuesday, February 13, 2007 and Defendants' reply brief shall be due by Tuesday, February 20, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 29, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE