Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
William S. Fiske (Bar No. 246099)
wfiske@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, CA 94596-3728
Telephone:   925.930.6600
Facsimile:   925.930.6620

Attorneys for Defendant
HSBC BANK NEVADA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUTGE,<br><br>Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, IRWIN ESKANOS, RYAN WHITE, GENERAL MOTORS, HONG KONG SHANGHAI BANK (HKSB), et al.,<br><br>Defendant. | Case No. C06-07128 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Mediation (ADR L.R. 6)**

The parties agree to hold the ADR session by:

**120 days from the date of the order referring the case to an ADR process**

//

//

H0014031/563643-1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: _____ | Attorney for Plaintiff |
| 3 | Dated: 5/10/07 | /s/ signature |
| 4 | | Attorney for Defendants Eskanos & Adler, P.C., Irwin Eskanos & Ryan White |
| 5 | | |
| 6 | Dated: 5/10/07 | /s/ William S. Park |
| 7 | | Attorney for Defendant HSBC Bank Nevada, N.A. |

H0014031/563643-1

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 5/11/07 | _/s/ signature_ |
| 3 | | Attorney for Plaintiff |
| 4 | Dated: _____ | |
| 5 | | Attorney for Defendants Eskanos & Adler, P.C., Irwin Eskanos & Ryan White |
| 6 | Dated: 5/10/07 | _/s/ signature_ |
| 7 | | Attorney for Defendant HSBC Bank Nevada, N.A. |

H0014031/563643-1

2

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
~~Non-binding Arbitration~~
~~Early Neutral Evaluation (ENE)~~
Mediation
~~Private ADR~~

Deadline for ADR session
120 ~~90~~ days from the date of this order.
~~other~~

IT IS SO ORDERED.

Dated: May 17, 2007

*Jeffrey S. White*

UNITED STATES ~~MAGISTRATE~~ JUDGE