Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER, LaVOIE
  & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone:   (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for Defendants ESKANOS & ADLER, P.C., IRWIN ESKANOS & RYAN WHITE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUTGE,<br><br>    Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, P.C., IRWIN ESKANOS<br>& RYAN WHITE, GENERAL MOTORS,<br>HONK KING SHANGHAI BANK (HKSB),<br><br>    Defendants. | Case No.: C 06-07128 JSW<br><br>REQUEST TELEPHONIC<br>APPEARANCE AT CASE<br>MANAGEMENT CONFERENCE<br><br>DATE:  JUNE 1, 2007<br>TIME:   1:30 P.M<br>JUDGE: JEFFREY S. WHITE |

    Andrew M. Steinheimer, counsel for Defendants ESKANOS & ADLER, P.C., IRWIN ESKANOS & RYAN WHITE, requests permission to appear by telephone at the Case Management Conference scheduled in this matter. Mr. Steinheimer's office is located in Sacramento, some 125 miles from the Court.

Date: May 24, 2007

                                          ELLIS, COLEMAN, POIRIER, LaVOIE
                                              & STEINHEIMER, LLP

                                              /s/ Andrew M. Steinheimer
                                              Andrew M. Steinheimer
                                              Attorney for Defendants
                                              ESKANOS & ADLER, P.C., IRWIN ESKANOS
                                              & RYAN WHITE

**REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

1  The court hereby ~~grants~~ DENIES the request of Andrew Steinheimer to appear at the above-mentioned
2  hearing telephonically.
3  IT IS SO ORDERED.
4
5  Date: __May 25_____, 2007                    _____
6                                                    The Hon. Jeffrey S. White

*(signed: Jeffrey S White)*

- 2 -
**REQUEST TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**