IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS LUTGE,

    Plaintiff,

v.

ESKANOS & ADLER, P.C., et al.,

    Defendants.

No. C 06-07128 JSW

**ORDER RE MOTION FOR LEAVE TO AMEND**

Plaintiff filed a motion for leave to file a second amended complaint. The substantive changes in Plaintiff's proposed complaint are only asserted against defendants Eskanos & Adler, Irwin Eskanos, and Ryan White, all of whom filed a notice of non-opposition to Plaintiff filing his proposed amended complaint. Leave of court to file an amended complaint is not required when the adverse party provides written consent. Fed. R. Civ. Proc. 15(a). Based on the written consent filed by defendants Eskanos & Adler, Irwin Eskanos, and Ryan White, Plaintiff's motion for leave to file a second amended complaint is DEEMED MOOT. Plaintiff shall file his proposed second amended complaint by no later than June 13, 2007.

**IT IS SO ORDERED.**

Dated: June 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE