HERMAN FRANCK, ESQ. (SB # 123476)
ELIZABETH VOGEL, ESQ. (SB # 245772)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, California 95814
Tel (916) 447-8400
Fax (916) 447-0720

Attorney for Plaintiff
Thomas Lutge

THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUTGE, ) | Case No.: 06-07128 JSW |
| Plaintiff, ) | DENYING |
| ) | ORDER ~~GRANTING~~ MOTION TO |
| v. ) | CONTINUING HEARING DATE |
| ) | ON DEFENDANTS SECOND |
| ESKANOS & ADLER, IRWIN ESKANOS, ) | MOTION TO STRIKE TO PERMIT |
| RYAN WHITE, AND H.S.B.C. BANK NEVADA, ) | TIME FOR TWO DEPOSITIONS |
| N.A. ) | |
| ) | NO HEARING REQUESTED |
| Defendants. ) | |

The court has reviewed the motion by Plaintiff to continue the hearing date of August 17, 2007 on Defendants Irwin Eskanos, Eskanos & Adler, and Ryan White second motion to strike the malicious prosecution cause of action, to permit two depositions. ~~GOOD CASUE appearing therefore,~~ the court hereby ORDERS ~~as follows:~~

  the motion is DENIED.

~~1. The motion to continue the August 17, 2007 hearing on the second motion to strike is GRANTED. Plaintiff may take the depositions of Ryan White on September 26, 2007 and Concord Police Officer Von Savoye on September 13, 2007 or such other dates per any needed reschedulings. A new hearing date on the motion is set for: _____.~~

Dated: August 2, 2007

IT IS SO ORDERED
Judge Jeffrey S. White

ORDER                                     1