IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS LUTGE,

    Plaintiff,

v.

ESKANOS & ADLER, P.C., et al.,

    Defendants.

No. C 06-07128 JSW

**ORDER RE MOTION FOR LEAVE TO FILE UNTIMELY DECLARATION**

Plaintiff filed a motion for leave to file an untimely declaration in support of his opposition to the motion strike his malicious prosecution claim. The Court already ruled on the motion to strike and, thus, DENIES Plaintiff's motion for leave as MOOT.

**IT IS SO ORDERED.**

Dated: August 17, 2007

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE