1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  ELLIS, COLEMAN, POIRIER, LaVOIE
     & STEINHEIMER, LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Telephone:    (916) 283-8820
   Facsimile:    (916) 283-8821

**FILED**

AUG 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendants ESKANOS & ADLER, P.C., IRWIN ESKANOS & RYAN WHITE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUTGE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, P.C., IRWIN ESKANOS<br>& RYAN WHITE, GENERAL MOTORS,<br>HONK KING SHANGHAI BANK (HKSB),<br><br>　　　　Defendants. | Case No. C 06-07128 JSW<br><br>[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE OF RYAN WHITE AT MEDIATION |

Good cause appearing therefore, the Court hereby grants defendant Ryan White's request to be excused from personal appearance at the mediation scheduled for September 14, 2007. It is hereby ordered that Defendant Ryan White is excused from personal appearance at the September 14, 2007 Mediation, *but he must be available throughout by phone.*

IT IS SO ORDERED.

Date: 8/23, 2007

WAYNE D. BRAZIL
Magistrate Judge
United States District Court

- 1 -