IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS LUTGE,

    Plaintiff,

v.

ESKANOS & ADLER, P.C., et al.,

    Defendants.

No. C 06-07128 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

This matter is set for a hearing on October 19, 2007 on Plaintiff's motion for leave to file a third amended complaint and to modify the scheduling order. The Court HEREBY ORDERS that Defendants' opposition to this motion shall be due by Thursday, September 13, 2007 and Plaintiff's reply, if any, shall be due by Thursday, September 20, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE