1  HERMAN FRANCK, ESQ. (SB # 123476)
   ELIZABETH VOGEL, ESQ. (SB # 245772)
2  **Franck & Associates**
3  1801 7th Street, Suite 150
   Sacramento, California  95814
4  Tel (916) 447-8400
   Fax (916) 447-0720
5

6  Attorney for Plaintiff
   Thomas Lutge
7
8              THE UNITED STATES DISTRICT COURT
            FOR THE NOTHERN DISTRICT OF CALIFORNIA
9

10 THOMAS LUTGE,                              )   Case No.: 06-07128 JSW
                                              )
11          Plaintiff,                        )   STIPULATION AND JOINT
                                              )   REQUEST FOR VOLUNTARY
12 v.                                         )   DISMISSAL: ORDER THEREON
                                              )
13                                            )
   ESKANOS & ADLER, IRWIN ESKANOS,            )   NO HEARING REQUESTED
14 RYAN WHITE, AND H.S.B.C. BANK NEVADA,      )
15 N.A.                                       )
                                              )
16          Defendants.                       )
                                              )
17 _____)

18

19 The parties hereby jointly submit pursuant to Fed.R.Civ.Pro. Rule 41 (a) this request for a
20
   voluntary dismissal of the action with prejudice as to defendant H.S.B.C Bank Nevada only.  The
21
   parties further agree that each party shall bear its own court costs and attorneys fees, and that the
22
23 court may issue an order incorporating this stipulation and joint request for voluntary dismissal.

24

25

26

27

28

                                              1

                        REQUEST FOR VOLUNTARY DISMISSAL

SO STIPULATED:

_____  
Herman Franck, Esq.  
Attorney for Plaintiff  
Thomas Lutge

Date: ~~November~~ Dec 10, 2007

_____  
Douglas Straus  
Attorney for Defendant  
H.S.B.C Bank Nevada

Date: ~~November~~ Dec 4, 2007

ORDER BASED ON STIPULATION

The court accepts the foregoing stipulation of the parties, and ORDERS that this case is dismissed with prejudice.

_____  
Jeffrey S. White  
U.S. District Court Judge

Dated: December 13, 2007