HERMAN FRANCK, ESQ. (SB # 123476)
ELIZABETH VOGEL, ESQ. (SB # 245772)
Franck & Associates
1801 7th Street, Suite 150
Sacramento, California 95814
Tel (916) 447-8400
Fax (916) 447-0720

Attorney for Plaintiff
Thomas Lutge

THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LUTGE,<br><br>        Plaintiff,<br><br>v.<br><br>ESKANOS & ADLER, IRWIN ESKANOS, RYAN WHITE, AND H.S.B.C. BANK NEVADA, N.A.<br><br>        Defendants. | Case No.: 06-07128 JSW<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION; ORDER THEREON** |

The parties hereby stipulate to a voluntary dismissal of this action with prejudice, based on a settlement agreement reached by the parties, and request that the Court issue an Order of Voluntary Dismissal in the form as set forth below.

SO STIPULATED:

____/s/ Herman Franck_____                        Date: May 21, 2008
Herman Franck, Esq.
Attorney for Plaintiff
Thomas Lutge

STIPULATION FOR VOLUNTARY            1
DISMISSAL OF ACTION; ORDER THEREON

/s/ Andrew M. Steinheimer    Date: May 21, 2008
Andrew Steinheimer
Attorney for Defendants
Eskanos & Adler, Irwin Eskanos
Ryan White, & H.S.B.C. Bank Nevada, N.A.

### ORDER BASED ON STIPULATION

The Court hereby ACCEPTS the forgoing stipulation of the parties, and ORDERS that this case be DISMISSED with prejudice, based on a voluntary dismissal.

SO ORDERED:

_____    Date: May 23, 2008
Hon. Jeffrey S. White
United States District Court Judge

STIPULATION FOR VOLUNTARY
DISMISSAL OF ACTION; ORDER THEREON                2